1  GEORGE A. YUHAS (SBN. 78678); gyuhas@orrick.com
   NANCY E. HARRIS (SBN. 197042); nharris@orrick.com
2  RUTH KWON (SBN. 232569); rkwon@orrick.com
   TRACEY S. LESETAR (SBN. 258577); tlesetar@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone: (415) 773-5700; Facsimile: (415) 773-5759

6  ROBERT RUBIN (SBN 85084); rrubin@lccr.com
   PHILIP K. HWANG (SBN 185070); phwang@lccr.com
7  MICHAEL KAUFMAN (SBN 254575); mkaufman@lccr.com
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
8  OF THE SAN FRANCISCO BAY AREA
   131 Steuart Street, Suite 400
9  San Francisco, CA  94105
   Telephone: (415) 543-9444; Facsimile: (415) 543-0296
10
   ROCIO ALEJANDRA AVILA (SBN 252719); rocio@lrcl.org
11 LA RAZA CENTRO LEGAL, INC.
   474 Valencia Street, Suite 295
12 San Francisco, CA  94103
   Telephone: (415) 553-3413; Facsimile: (415) 255-7593
13
   Attorneys for Plaintiff
14 ZORAIDA PEÑA CANAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>        Plaintiff,<br><br>    v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.  4:09-cv-03366 CW<br><br>**ORDER SETTING DEADLINE FOR DEFENDANTS TO FILE THEIR ANSWER TO PLAINTIFF'S COMPLAINT AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

OHS West:260900242.1

[PROPOSED] ORDER SETTING
ANSWER DEADLINE & FURTHER CMC
CASE NO. 4:09-CV-03366 CW

1 On April 20, 2010 at 2:00 p.m., in Courtroom 2 of the above-captioned Court, a Case Management Conference was held before the Honorable Claudia Wilken. Ruth Kwon appeared as counsel for Plaintiff Zoraida Peña-Canal. Defendants were not present.

After reviewing and considering Plaintiff's Updated Case Management Statement and upon request by Plaintiff's counsel, the Court orders as follows:

**IT IS ORDERED THAT:**

The stay of this case has been lifted. Defendants Mabelle de la Rosa Dann and Teresa Vittet de la Rosa must file an answer to Plaintiff's July 22, 2009 Complaint by May 10, 2010.

**IT IS FURTHER ORDERED THAT:**

A Case Management Conference will be held on **June 29, 2010 at 2:00 p.m.** in Courtroom 2, 4th Floor, located at 1301 Clay Street, Oakland, CA 94612. An updated Case Management Statement will be due one week prior to the conference.

Dated: April 22, 2010

_____
THE HONORABLE CLAUDIA WILKEN

OHS West:260900242.1   - 1 -   [PROPOSED] ORDER SETTING ANSWER DEADLINE & FURTHER CMC
CASE NO. 4:09-CV-03366 CW