IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZORAIDA PENA CANAL,   No. C 09-03366 CW

    Plaintiff,   ORDER RE DEFAULT

  v.

MABELLE DE LA ROSA DANN, et al.,

    Defendants.
_____/

    Default having been entered by the Clerk on Mabelle De La Rosa Dann and Teresa Vittet De La Rosa,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, June 29, 2010 is continued to Tuesday, October 26, 2010.

Dated: 5/28/2010

                              CLAUDIA WILKEN
                              United States District Judge