1  GEORGE A. YUHAS (SBN 78678); gyuhas@orrick.com
   NANCY E. HARRIS (SBN 197042); nharris@orrick.com
2  RUTH M. KWON (SBN 232569); rkwon@orrick.com
   TRACEY S. LESETAR (SBN 258577); tlesetar@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone: (415) 773-5700; Facsimile: (415) 773-5759

6  ROBERT RUBIN (SBN 85084); rrubin@lccr.com
   PHILIP K. HWANG (SBN 185070); phwang@lccr.com
7  MICHAEL KAUFMAN (SBN 254575); mkaufman@lccr.com
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
8  OF THE SAN FRANCISCO BAY AREA
   131 Steuart Street, Suite 400
9  San Francisco, CA  94105
   Telephone: (415) 543-9444; Facsimile: (415) 543-0296
10
   ROCIO ALEJANDRA AVILA (SBN 252719); rocio@lrcl.org
11 LA RAZA CENTRO LEGAL, INC.
   474 Valencia Street, Suite 295
12 San Francisco, CA  94103
   Telephone: (415) 553-3413; Facsimile: (415) 255-7593
13
   Attorneys for Plaintiff
14 ZORAIDA PEÑA CANAL

15                    UNITED STATES DISTRICT COURT
16
                     NORTHERN DISTRICT OF CALIFORNIA
17
                              OAKLAND DIVISION
18

19
   ZORAIDA PEÑA CANAL,                        Case No.  4:09-cv-03366 CW
20
                  Plaintiff,                  **[PROPOSED] DEFAULT
21                                            JUDGMENT**
        v.
22                                            Date:     August 26, 2010
                                              Time:     2:00 p.m.
   MABELLE DE LA ROSA DANN, TERESA
23 VITTET DE LA ROSA, and DOES 1 to 10,       Location: Courtroom 2, 4th Floor
   inclusive,                                  Judge:    Hon. Claudia Wilken
24
                  Defendants.
25

26

27

28

                                              [PROPOSED] DEFAULT JUDGMENT
                                              CASE NO. 4:09-CV-03366 CW

1  Plaintiff Zoraida Peña Canal's Application for Default Judgment Against
2  Defendants Mabelle de la Rosa Dann and Teresa Vittet de la Rosa came before the Court on
3  August 26, 2010 at 2:00 p.m., in Courtroom 2, the Honorable Claudia Wilken presiding.  Having
4  reviewed the moving, supporting declarations and other supporting documents filed with the
5  Court, and having heard the arguments of counsel,

6  **IT IS HEREBY ORDERED THAT:**

7  Default judgments are entered as follows:

8  Compensatory, Statutory and Restitutionary damages in the amount of $_____
9  against Mabelle de la Rosa Dann;

10  Compensatory, Statutory and Restitutionary damages in the amount of $_____
11  against Teresa Vittet de la Rosa;

12  Treble damages in the amount of $_____ against Mabelle de la Rosa Dann;
13  Treble damages in the amount of $_____ against Teresa Vittet de la Rosa;
14  Punitive and exemplary damages in the amount of $_____ against
15  Mabelle de la Rosa Dann;
16  Punitive and exemplary damages in the amount of $_____ against Teresa
17  Vittet de la Rosa;
18  Pre and post-judgment interest on all applicable relief in the amount of $_____
19  against Mabelle de la Rosa Dann and Teresa Vittet de la Rosa; and
20  Reasonable attorneys' fees and other litigation costs incurred in this action to be
21  established through briefs to be filed with the Court no later than _____.

22

23  **IT IS SO ORDERED.**

24  Dated: _____, 2010

25

26  _____
   Honorable Claudia Wilken
   United States District Judge
27  Northern District of California

28

- 1 -   [PROPOSED] DEFAULT JUDGMENT
CASE NO. 4:09-CV-03366 CW