GEORGE A. YUHAS (SBN 78678); gyuhas@orrick.com
NANCY E. HARRIS (SBN 197042); nharris@orrick.com
TRACEY S. LESETAR (SBN 258576); tlesetar@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700; Facsimile: (415) 773-5759

ROBERT RUBIN (SBN 85084); rrubin@lccr.com
PHILIP K. HWANG (SBN 185070); phwang@lccr.com
MICHAEL KAUFMAN (SBN 254575); mkaufman@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone: (415) 543-9444; Facsimile: (415) 543-0296

ROCIO ALEJANDRA AVILA (SBN 252719); rocio@lrcl.org
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA  94103
Telephone: (415) 553-3413; Facsimile: (415) 255-7593

Attorneys for Plaintiff
ZORAIDA PEÑA CANAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>Plaintiff,<br><br>v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  4:09-cv-03366 CW<br><br>**NOTICE OF MOTION AND MOTION FOR AMENDED JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AMENDED JUDGMENT**<br><br>**Date:**   **November 18, 2010**<br>**Time:**   **2:00 p.m.**<br>**Dept:**   **Courtroom 2** |

1    PLEASE TAKE NOTICE that on November 18, 2010, at 2:00 p.m., or as soon

2   thereafter as the matter can be heard, in Courtroom 2 of the above-entitled court, located at 1301

3   Clay Street, Oakland, California, Plaintiff ZORAIDA PEÑA CANAL will move this Court for an

4   Order amending the judgment rendered in the above-entitled matter.

5    The motion will be based on this Notice of Motion and Motion, the Memorandum

6   of Points and Authorities in support of the Motion, the pleadings and records on file herein, and

7   such oral and documentary evidence submitted at the hearing of the motion.

8   Dated: September 24, 2010                GEORGE A. YUHAS
                                            NANCY E. HARRIS
9                                           TRACEY S. LESETAR
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
10

11

12                                            */s/ Tracey S. Lesetar*
                                            TRACEY S.LESETAR
13                                          Attorneys for Plaintiff
                                            ZORAIDA PEÑA CANAL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff Zoraida Peña Canal hereby moves the Court to amend the judgment entered on September 2, 2010.

On September 2, 2010, this Court granted Ms. Peña Canal's Application for Default Judgment, awarding Ms. Peña Canal $618,812.82 in damages, including waiting time penalties and meal and rest break premiums. In its Order, the Court found that Defendant Vittet was responsible for $22,858.62 in back wages for the period in which Ms. Peña Canal worked for Vittet. On September 2, 2010, the Clerk entered a Judgment against Defendants, stating that Dann is liable for $618,812.82, of which Vittet is jointly and severally liable for $22,858.62.

Ms. Peña Canal respectfully submits that she is entitled to recover waiting time penalties and meal and rest break premiums from Vittet, in addition to the back wages awarded. In the Application for Default Judgment, Ms. Peña Canal argued that that Vittet was liable for meal and rest break violations and waiting time penalties. *See* Memorandum of Points of Authorities in Support of Application for Default Judgment 14, 16.  In addition, Ms. Peña Canal expressly stated that the $22,858.65 in back wages did not include meal and rest break premiums or waiting time penalties.  *Id.* at 23 ("wages for work from July 2006 to mid-September 2006 time period of labor equals $22, 858.65, *without premiums and penalties*") (emphasis added).

The Court's conclusion that Dann is liable for wage premiums and penalties applies equally to Vittet, who jointly employed Ms. Peña Canal for a month and a half period. Like Dann, Vittet willfully withheld Ms. Peña Canal's wages in violations of Wage Order 15-2001 §§ 11(D), 12(B), and failed to provide meal and rest breaks in violation of Cal. Labor Code § 203(a).  Accordingly, Vittet is liable for $11,731.50 in waiting time penalties and $2,133[1] in meal and rest break premiums for the period during which Ms. Peña Canal was employed by Vittet.  *See* Declaration of Rocio Avila in Support of Application for Default Judgment ¶ 11 (explaining meal and rest break calculations); ¶ 14 (explaining waiting time calculations).

Ms. Peña Canal respectfully submits that it was "clear error" to not award wage premiums and penalties against Vittet, and that an amended judgment is therefore warranted

---

[1] Vittet is liable for two violations each day at $23.70 per violation for the 45-day period of employment.

- 2 -

1    under Rule 59(e).  *Dixon v. Wallowa County*, 336 F.3d 1013, 1022 (9th Cir. 2003).  In sum, the

2    judgment should be amended to reflect that Vittet is liable for $36,723.15 in back wages, meal

3    and rest break premiums, and waiting time penalties.

4

5    Dated: September 24, 2010                    GEORGE A. YUHAS
                                                   NANCY E. HARRIS
6                                                  TRACEY S. LESETAR
                                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
7

8

9                                                  */s/ Tracey S. Lesetar*
                                          ─────────────────────────────
                                                   TRACEY S.LESETAR
10                                                 Attorneys for Plaintiff
                                                   ZORAIDA PEÑA CANAL
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28