IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZORAIDA PEÑA CANAL,  No. C 09-03366 CW

    Plaintiff,  **AMENDED** JUDGMENT

  v.

MABELLE DE LA ROSA DANN and TERESA VITTET DE LA ROSA,

    Defendants.
_____/

    For the reasons set forth in this Court's Orders Granting Plaintiff's Motion for Default Judgment and Granting Plaintiff's Motion to Amend the Judgment and for Attorneys Fees,

    IT IS ORDERED AND ADJUDGED

    That final judgment shall be entered in favor of Plaintiff Zoraida Peña Canal. Plaintiff shall recover from Defendant Mabelle de la Rosa Dann the sum of $618,812.82, with interest thereon as provided by 28 U.S.C. § 1961, and her costs of action. Defendant Teresa Vittet de la Rosa is jointly and severally liable for $36,723.15 of the judgment. Any restitution paid to Plaintiff Canal as part of Dann's criminal sentence shall offset Dann's obligations, but not Vittet de la Rosa's.

    Plaintiff shall recover from Defendant Mabelle de la Rosa Dann

the sum of $461,297.90 for attorneys' fees, with interest thereon as provided under 28 U.S.C. § 1961. Defendant Teresa Vittet de la Rosa is jointly and severally liable for $27,678 of the attorneys' fees award.

Dated: 9/6/2011

CLAUDIA WILKEN
United States District Judge