```
 1  NANCY E. HARRIS (SBN 197042)
    nharris@orrick.com
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 3  405 Howard Street
    San Francisco, CA  94105-2669
 4  Telephone: (415) 773-5700
    Facsimile: (415) 773-5759
 5
    Attorneys for Plaintiff
 6  ZORAIDA PEÑA CANAL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>                Plaintiff,<br><br>        v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.  4:09-cv-03366 CW<br><br>**EX PARTE APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM** |

OHSUSA:758235326.1

1 | Plaintiff Zoraida Pena-Canal hereby applies *ex parte* for a Reference to a
2 | Magistrate Judge for a Judgment Debtor Exam/Order of Examination of Judgment Debtor
3 | Mabelle De La Rosa Dann.
4 | This *ex parte* application is based upon the Declaration of Attorney Nancy E.
5 | Harris filed herewith.

Dated: June 9, 2014

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Nancy Harris
NANCY E. HARRIS
Attorneys for Plaintiff

- 1 -

Ex Parte Application for Reference to Magistrate
Judge for Judgment Debtor Exam
Case No. 4:09-cv-03366 CW

OHSUSA:758235326.1