NANCY E. HARRIS (SBN 197042)
nharris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Plaintiff
ZORAIDA PEÑA CANAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:09-cv-03366 CW<br><br>**DECLARATION OF NANCY E. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM** |

OHSUSA:758075671.1

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF EX
PARTE APPLICATION FOR REFERENCE TO MAGISTRATE
JUDGE FOR JUDGMENT DEBTOR EXAM
CASE NO. 4:09-CV-03366 CW

I, NANCY E. HARRIS, declare:

1. I am an attorney with the law firm of Orrick Herrington Sutcliffe, LLC, attorneys for plaintiff ZORAIDA PEÑA-CANAL in this action. I am duly admitted to practice law in the United States District Court of the Northern District of California. If called as a witness, I could and would competently testify as follows:

2. An Amended Judgment was entered in this action on September 6, 2011 in favor of plaintiff in the sum of $1,080,110.72. Defendant and Judgment Debtor Mabelle De La Rosa Dann is jointly and severally liable for the entire amount of the judgment. Defendant and Judgment Debtor Teresa Vittet De La Rosa is jointly and severally liable for $64,401.15 of the judgment. Less than $8,000 has been paid to plaintiff on the Judgment, all paid through a U.S. Bureau of Prisons program while Judgment Debtor Mabelle De La Rosa Dann was incarcerated. Other than that amount, the entire judgment amount plus accrued interest remains due and owing.

3. Plaintiff wishes to examine the judgment debtors regarding any assets, business affairs and any income or potential income of the debtors.

4. Rule 69 provides that proceedings in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is located.

5. California Code of Civil Procedure Section 708.11 provides a procedure for post judgment examination of the judgment debtor.

> (a) The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.

6. I am informed that Judgment Debtor Mabelle De La Rosa remains in the custody of the U.S. Bureau of Prisons and was recently released to a half-way house located in Oakland, California. Plaintiff lacks information regarding the location of Judgment Debtor Teresa Vittet De La Rosa but believes that an examination of Judgment Debtor Mabelle De La Rosa will likely provide that information.

- 1 -

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM
CASE NO. 4:09-CV-03366 CW

OHSUSA:758075671.1

7. Plaintiff respectfully requests that the case be referred to a Magistrate Judge so that the matter may be set for a Judgment Debtor Exam of Mabelle De La Rosa pursuant to an Order of Examination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __, 2014 at San Francisco, California.

Dated: June 9, 2014

NANCY E. HARRIS
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
NANCY E. HARRIS
Attorneys for Plaintiff
ZORAIDA PEÑA CANAL

- 2 -

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM
CASE NO. 4:09-CV-03366 CW

OHSUSA:758075671.1