1  NANCY E. HARRIS (SBN 197042)
   nharris@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
5
   Attorneys for Plaintiff
6  ZORAIDA PEÑA CANAL

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  ZORAIDA PEÑA CANAL,                     Case No.  4:09-cv-03366 CW

13              Plaintiff,                  **[PROPOSED] ORDER FOR
                                            REFERENCE TO MAGISTRATE
14       v.                                 JUDGE FOR JUDGMENT DEBTOR
                                            EXAMINATION**
15  MABELLE DE LA ROSA DANN, TERESA
    VITTET DE LA ROSA, and DOES 1 to 10,
16  inclusive,

17              Defendants.

IT IS HEREBY ORDERED that plaintiff's Ex Parte Application for Reference to Magistrate Judge for Judgment Debtor Exam is granted and this matter is referred to Magistrate _____ for hearing.

Dated: June ___, 2014         By: _____

- 1 -

[PROPOSED] ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM
CASE NO. 4:09-CV-03366 CW

OHSUSA:758236090.1