

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

July 28, 2014

Nancy E. Harris
(415) 773-5618
nharris@orrick.com

Magistrate Judge Donna M. Ryu
United States District Court
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, CA 94612

Re: *Zoraida Pena-Canal v. Mabelle De La Rosa Dann 4:09-cv-03366 CW*

Dear Judge Ryu:

In the process of serving the attached Order, I discovered that I had neglected to complete Line No. 1 before it was submitted to the Court for filing.

Accordingly, I respectfully request the Court issue an Amended Order correcting that error. The proposed Amended Order has been lodged today.

Very truly yours,

Nancy E. Harris

OHSUSA:758669099.1