NANCY E. HARRIS (SBN 197042)
nharris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Plaintiff
ZORAIDA PEÑA CANAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:09-cv-03366 CW<br><br>**DECLARATION OF NANCY E. HARRIS IN SUPPORT OF APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTORS MABELLE DE LA ROSA DANN AND TERESA VITTET DE LA ROSA** |

OHSUSA:759092384.1

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF
APPLICATION FOR APPEARANCE AND EXAMINATION OF
JUDGMENT DEBTORS
CASE NO. 4:09-cv-03366 CW

I, NANCY E. HARRIS, declare:

1. I am an attorney with the law firm of Orrick Herrington Sutcliffe, LLC, attorneys for ZORAIDA PEÑA-CANAL. I am duly admitted to practice law in the United States District Court of the Northern District of California. If called as a witness, I could and would competently testify as follows:

2. I have represented Ms. Peña-Canal since March 2009 in connection with a criminal action brought by the United States Attorney for the Northern District of California, in which Ms. Peña Canal was the victim and key witness against the defendant Mabelle de la Rosa Dann. I also represent Ms. Peña-Canal in civil litigation brought against Defendant Dann and her mother Teresa Vittet de la Rosa for civil claims arising from Defendant Dann's wrongful and criminal conduct against Ms. Peña-Canal.

3. On August 20, 2014, I conducted an examination of Judgment Debtor Mabelle De La Rosa Dann under the supervision of Magistrate Judge Ryu.

4. During that August 20 examination, Ms. Dann was unprepared or unwilling to answer numerous questions regarding her assets and income. For instance, she claimed not to have any access to documents reflecting her current and former bank accounts. She also had only limited information regarding real property owned by her. Although she provided a mortgage statement from her lender at the August 20 examination, she claimed that she did not know the names of her tenants or the amounts paid in rent by those tenants and would need to return with that information.

5. Per agreement with Ms. Dann and after confirmation with Judge Ryu's clerk, the date of October 1, 2014 was set as a further date to continue Judgment Creditor's examination of her. Ms. Dann agreed to locate her documents and provide them at the next examination.

6. Accordingly, good causes exists for a further examination of Ms. Dann and Plaintiff Peña-Canal requests that the Court issue an Order directing Ms. Dann to appear for a further examination on October 1 at 9:30 a.m. Furthermore, Plaintiff requests that the Court order Ms. Dann appear with the following documents on October 1, 2014:

   a. Documents reflecting the name of the banking institution, account numbers

- 1 -

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF APPLICATION FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTORS
CASE NO. 4:09-CV-03366 CW

OHSUSA:759092384.1

and current balances for every bank account owned by Mabelle De La Rosa Dann since January 1, 2009, including but not limited accounts held with Wells Fargo bank, Chase Bank, Bank of America and Fidelity Investment Company;

    b. Documents reflecting the names, addresses and contact information and monthly rent for each tenant residing at 100 Suntree Lane, Apartment 111, Pleasant Hill, CA 94523-5156 (Assessor's ID No. 153-390-006);

    c. State and Federal income tax returns for each year since 2009 to the present; and

    d. Documents reflecting any debts or other obligations owed to Mabelle De La Rosa Dann by any other person.

7. Ms. Dann claimed that the documents reflecting her accounts and income were in the possession of her mother Teresa Vittet De La Rosa. She also stated that she is currently residing with Ms. Vittet, pursuant to a home detention arrangement with the Bureau of Prisons. Although Ms. Vittet attended the examination of Ms. Dann on August 20, she was unable or unwilling to furnish the information that Ms. Dann claimed was in Ms. Vittet's possession. Ms. Vittet is also a judgment debtor to the September 6, 2011 Amended Judgment. Accordingly, plaintiff also intends to seek the judgment examination of Ms. Vittet on October 1, 2014 and requests that the Court issue an order directing Ms. Vittet to appear and to furnish copies of relevant documents regarding her assets and income, including:

    a. Documents reflecting the name of the banking institution, account numbers and current balances for every bank account owned by Teresa Vittet De La Rosa since January 1, 2009, including but not limited accounts held with Wells Fargo bank, Chase Bank, Bank of America and Fidelity Investment Company;

    b. Documents reflecting the names, addresses and contact information and monthly rent for each tenant residing at 100 Suntree Lane, Apartment 111, Pleasant Hill, CA 94523-5156 (Assessor's ID No. 153-390-006);

    c. Documents reflecting the ownership of the real property in which Ms. Vittet

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF APPLICATION FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTORS
CASE NO. 4:09-CV-03366 CW
OHSUSA:759092384.1

resides;

    d. Documents reflecting any ownership interest in any motor vehicle;

    e. State and Federal income tax returns for each year since 2009 to the present; and

    f. Documents reflecting any debts or other obligations owed to Teresa Vittet De La Rosa by any other person.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2014 at San Francisco, California.

Dated: September 8, 2014

NANCY E. HARRIS
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
NANCY E. HARRIS
Attorneys for Plaintiff
ZORAIDA PEÑA CANAL

OHSUSA:759092384.1

- 3 -

DECLARATION OF NANCY E. HARRIS IN SUPPORT OF
APPLICATION FOR APPEARANCE AND EXAMINATION OF
JUDGMENT DEBTORS
CASE NO. 4:09-CV-03366 CW