NANCY E. HARRIS (SBN 197042)
nharris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Plaintiff
ZORAIDA PEÑA CANAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>Plaintiff,<br><br>v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:09-cv-03366 CW<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTORS MABELLE DE LA ROSA DANN AND TERESA VITTET DE LA ROSA** |

OHSUSA:759092592.1

Having considered Plaintiffs Application for Appearance and Examination of Judgment Debtor Mabelle De La Rosa Dann, and finding that good cause exists for the continuation of the Examination of Judgment Debtor Mabelle De La Rosa Dann and for the examination of Teresa Vittet De La Rosa,

**IT IS HEREBY ORDERED** as follows:

1. Judgment Debtor Mabelle De La Rosa Dann shall appear for examination on October 1, 2014 at 9:30 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California 94612.

2. Judgment Debtor Mabelle De La Rosa Dann shall bring with her to the Court on October 1, 2014, the following documents, to the extent such documents exist, and be prepared to answer questions regarding them:

   a. Documents reflecting the name of the banking institution, account numbers and current balances for every bank account owned by Mabelle De La Rosa Dann since January 1, 2009, including but not limited accounts held with Wells Fargo bank, Chase Bank, Bank of America and Fidelity Investment Company;

   b. Documents reflecting the names, addresses and contact information and monthly rent for each tenant residing at 100 Suntree Lane, Apartment 111, Pleasant Hill, CA 94523-5156 (Assessor's ID No. 153-390-006);

   c. State and Federal income tax returns for each year since 2009 to the present; and

   d. Documents reflecting any debts or other obligations owed to Mabelle De La Rosa Dann by any other person.

3. Judgment Debtor Teresa Vittet De La Rosa shall appear for examination on October 1, 2014 at 9:30 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California 94612.

4. Judgment Debtor Teresa Vittet De La Rosa shall bring with her to the Court on October 1, 2014, the following documents, to the extent such documents exist, and be prepared to

answer questions regarding them:

    a. Documents reflecting the name of the banking institution, account numbers and current balances for every bank account owned by Teresa Vittet De La Rosa since January 1, 2009, including but not limited accounts held with Wells Fargo bank, Chase Bank, Bank of America and Fidelity Investment Company;

    b. Documents reflecting the names, addresses and contact information and monthly rent for each tenant residing at 100 Suntree Lane, Apartment 111, Pleasant Hill, CA 94523-5156 (Assessor's ID No. 153-390-006);

    c. Documents reflecting the ownership of the real property in which Ms. Vittet resides;

    d. Documents reflecting any ownership interest in any motor vehicle;

    e. State and Federal income tax returns for each year since 2009 to the present; and

    f. Documents reflecting any debts or other obligations owed to Teresa Vittet De La Rosa by any other person.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
Magistrate Judge Donna M. Ryu