1  NANCY E. HARRIS (SBN 197042)
   nharris@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
5
   Attorneys for Plaintiff
6  ZORAIDA PEÑA CANAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZORAIDA PEÑA CANAL,<br><br>  Plaintiff,<br><br>v.<br><br>MABELLE DE LA ROSA DANN, TERESA VITTET DE LA ROSA, and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 4:09-cv-03366 CW<br><br>[PROPOSED] **ORDER FOR PRODUCTION OF DOCUMENTS FROM JUDGMENT DEBTORS MABELLE DE LA ROSA DANN AND TERESA VITTET DE LA ROSA** |

|   | |
|---|---|
| 1 | Having considered Plaintiffs Application for Appearance and Examination of Judgment |
| 2 | Debtor Mabelle De La Rosa Dann, and finding that good cause exists to order Judgment Debtor |
| 3 | Mabelle De La Rosa Dann and Judgment Debtor Teresa Vittet De La Rosa to produce documents |
| 4 | in connection with their respective Debtors Examinations, |
| 5 | **IT IS HEREBY ORDERED** as follows: |
| 6 | 1.   Within 14 days of the date of entry of this Order, Judgment Debtor Mabelle De La |
| 7 | Rosa Dann shall deliver the following documents, to the extent such documents exist, by U.S. |
| 8 | Mail to Nancy E. Harris, Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, |
| 9 | CA 94105: |
| 10 | a.   Documents reflecting the account number and current balances for any account |
| 11 | owned by Mabelle De La Rosa Dann since January 1, 2009 with Fidelity |
| 12 | Investment Company; |
| 13 | b.   State and Federal income tax returns for 2009, 2010 and 2013; |
| 14 | c.   Documents reflecting any real property owned by Mabelle De La Rosa Dann, |
| 15 | in any capacity, since 2007 |
| 16 | d.   The full contact information, including phone numbers, for any tenants |
| 17 | residing at any and all real property currently owned by Mabelle De La Rosa |
| 18 | Dann, including but not limited to the property at 100 Suntree Lane, Apartment |
| 19 | 111, Pleasant Hill, CA 94523-5156 (Assessor's ID No. 153-390-006); and |
| 20 | e.   Documents reflecting any debts or other obligations owed to Mabelle De La |
| 21 | Rosa Dann by any other person. |
| 22 | 2.   If no documents exist for any category previously listed, Judgment Debtor Dann |
| 23 | shall provide a declaration under penalty of perjury attesting to such fact. |
| 24 | 3.   Within 14 days of the date of entry of this Order, Judgment Debtor Teresa Vittet |
| 25 | De La Rosa shall deliver the following documents, to the extent such documents exist, by U.S. |
| 26 | Mail to Nancy E. Harris, Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, |
| 27 | CA 94105: |
| 28 | a.   Documents reflecting the name of the banking institution, account numbers |

and current balances for every bank account owned by Teresa Vittet De La Rosa since January 1, 2009, including but not limited accounts held with Wells Fargo bank, Chase Bank, Bank of America and Fidelity Investment Company;

    b. Documents reflecting the ownership of the real property in which Ms. Vittet has owned any interest since 2008;

    c. Documents reflecting any ownership interest in any motor vehicle;

    d. State and Federal income tax returns for each year since 2009 to the present; and

    e. Documents reflecting any debts or other obligations owed to Teresa Vittet De La Rosa by any other person.

4. If no documents exist for any category previously listed, Judgment Debtor Vitttet shall provide a declaration under penalty of perjury attesting to such fact.

**IT IS SO ORDERED.**

Dated: 11/25/14

IT IS SO ORDERED
Judge Donna M. Ryu

Magistrate Judge Donna M. Ryu