```
 1  NANCY E. HARRIS (SBN 197042)
    nharris@orrick.com
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 3  405 Howard Street
    San Francisco, CA  94105-2669
 4  Telephone: (415) 773-5700
     Facsimile: (415) 773-5759
 5
    Attorneys for Plaintiff
 6  ZORAIDA PEÑA CANAL
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION
11
12  ZORAIDA PEÑA CANAL,                    Case No.  4:09-cv-03366 CW  DMR
13              Plaintiff,                 [PROPOSED] ORDER FOR
                                           APPEARANCE AND EXAMINATION
14       v.                                OF JUDGMENT DEBTORS
                                           MABELLE DE LA ROSA DANN AND
15  MABELLE DE LA ROSA DANN, TERESA        TERESA VITTET DE LA ROSA AND
    VITTET DE LA ROSA, and DOES 1 to 10,   FOR PRODUCTION OF
16  inclusive,                             DOCUMENTS
17              Defendants.
18
...
28
```

Having considered Plaintiff's Application for Appearance and Examination of Judgment Debtor Mabelle De La Rosa Dann and Teresa Vittet De La Rosa, and finding that good cause exists for the continuation of the Examination of Judgment Debtor Mabelle De La Rosa Dann and for the examination of Teresa Vittet De La Rosa,

**IT IS HEREBY ORDERED** as follows:

1. Judgment Debtor Mabelle De La Rosa Dann shall appear for examination on February 8, 2017 at 9:00 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California 94612.

2. Judgment Debtor Mabelle De La Rosa Dann shall bring with her to the Court on February 8, 2017, the following documents, to the extent such documents exist, and be prepared to answer questions regarding them:

   a. Documents reflecting the name of the banking institution, account numbers and current balances for every bank account currently owned by Mabelle De La Rosa Dann;

   b. The lease agreement currently governing the rental of 100 Suntreet Lane, Apartment 111, CA 94523-5156 (Assessor's ID No. 153-390-006);

   c. Documents reflecting the names, addresses and contact information and monthly rent for each tenant residing at 100 Suntree Lane, Apartment 111, Pleasant Hill, CA 94523-5156 (Assessor's ID No. 153-390-006);

   d. State and Federal income tax returns for each year since 2014 to the present; and

   e. Documents reflecting any debts or other obligations owed to Mabelle De La Rosa Dann by any other person.

3. Judgment Debtor Teresa Vittet De La Rosa shall appear for examination on February 8, 2017 at 9:00 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California 94612.

4. Judgment Debtor Teresa Vittet De La Rosa shall bring with her to the Court on February 8, 2017, the following documents, to the extent such documents exist, and be prepared

to answer questions regarding them:

    a. Documents reflecting the name of the banking institution, account numbers and current balances for every bank account currently owned by Teresa Vittet De La Rosa;

    b. Documents reflecting the ownership of the real property in which Teresa Vittet De La Rosa resides;

    c. Documents reflecting Teresa Vittet De La Rosa's ownership interest in any motor vehicle;

    d. Her state and Federal income tax returns for each year since 2014 to the present; and

    e. Documents reflecting any debts or other obligations owed to Teresa Vittet De La Rosa by any other person.

**IT IS SO ORDERED.**

Dated: January 17, 2017

IT IS SO ORDERED
Judge Donna M. Ryu
Magistrate Judge Donna M. Ryu